ACCEPTED
15-25-00072-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/11/2025 11:09 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00072-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/11/2025 11:09:51 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

FRANCES SPANOS SHELTON,

*Appellant,*

v.

VERNON LEUSCHNER, ROBERT LEE SPANOS, CHRISTOPHER BLAKE SPANOS, KATHRYN NICOLE LAWRIE, AND KATHERINE LEUSCHNER,

*Appellees.*

Interlocutory Appeal from the 414th Judicial District Court, McLennan County, Texas, Cause No. 2024-3035-5, Hon. Ryan Luna, Presiding

**Appellees' Joint Unopposed Motion for Extension of Time to File Brief**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Vernon Leuschner (for and on behalf of Katherine Leuschner), Robert Lee Spanos, Christopher Blake Spanos, Kathryn Nicole Lawrie, and Katherine Leuschner, Appellees in the above-styled and numbered cause, and file this Joint Unopposed Motion for Extension of Time to File Appellees' Brief, and respectfully shows the Court as follows:

**I.**

Appellees' Briefs are currently due on July 16, 2025. Appellees respectfully

request that this Court grant an extension of the time for filing Appellees' Briefs for thirty (30) days from the current deadline of July 16, 2025, to a new deadline of August 15, 2025. Appellant is not opposed to this extension.

## II.

This Cause is proceeding on an Interlocutory Appeal briefing schedule. Appellants Brief was filed on June 26, 2025. Counsel (both sets) for Appellees had (and have) hearings, office/practice time conflicts, as well as trial and appellate deadlines which make the current due date for the Appellees' Briefs unattainable, for them. This is also partially the result of pre-planned summer vacation periods, for periods after Appellants Brief was filed. Appellees desire to present the Court with efficient, narrowly tailored, and specific Briefs that will materially aid the Court in determining this cause, and the requested extension will facilitate that effort.

## III.

For the reasons outlined above, Appellees jointly request a thirty day extension of time in which to file their Briefs. This extension is not sought solely for the purpose of delay, but is sought to enable counsel for Appellees to prepare a well-drafted Brief with a clear presentation of the issues involved. No previous extensions have been sought with respect to the filing of Appellees' Briefs.

## IV.

Pursuant to the Texas Rules of Appellate Procedure, Appellees accordingly respectfully request an extension of time for the filing of their Briefs until August 15, 2025.

WHEREFORE, PREMISES CONSIDERED, Appellees respectfully prays that the Court grant Vernon Leuschner, (for and on behalf of Katherine Leuschner), Robert Lee Spanos, Christopher Blake Spanos, and Kathryn Nicole Lawrie an extension of time to file their Brief in this cause.

Respectfully submitted,

**BEARD KULTGEN BROPHY
BOSTWICK & DICKSON, PLLC**

*/s/ Andy McSwain*
Angus E. McSwain
State Bar No. 13861100
Mark E. Firmin
State Bar No. 24099614
Sameer Hashmi
State Bar No. 24101877
220 South Fourth Street
Waco, Texas 76701
Tel (254) 776-5500
Fax (254) 776-3591
mcswain@thetexasfirm.com
firmin@thetexasfirm.com
hashmi@thetexasfirm.com
**ATTORNEYS FOR APPELLEE
VERNON LEUSCHNER (for and
on behalf of KATHERINE
LEUSCHNER)**

Jim Dunnam
State Bar No. 06258010
jimdunnam@dunnamlaw.com
Andrea Mehta
State Bar No. 24078992
andreamehta@dunnamlaw.com
Mason Vance Dunnam
State Bar No. 24108079
masondunnam@dunnamlaw.com
DUNNAM & DUNNAM LLP
4125 West Waco Drive
Waco, Texas 76710
(254) 753-6437
(254) 753-7434 (fax)
**ATTORNEYS FOR APPELLEE
ROBERT LEE SPANOS,
CHRISTOPHER BLAKE
SPANOS, AND KATHRYN
NICOLE LAWRIE**

## CERTIFICATE OF CONFERENCE

I certify that on July 10, 2025, I corresponded with counsel for Appellant, and they stated they were not opposed to this extension.

*/s/ Andy McSwain*
Angus E. McSwain


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion for Extension of Time for Filing Appellee's Brief has been served via the electronic filing system, on all counsel of record on July 11, 2025.

*/s/ Andy McSwain*
Angus E. McSwain

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kiley Coats on behalf of Andy McSwain
Bar No. 13861100
coats@thetexasfirm.com
Envelope ID: 103022346
Filing Code Description: Motion
Filing Description: Appellees' Joint Unopposed Motion for Extension of Time to File Brief
Status as of 7/11/2025 11:22 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kirk Pittard | | kpittard@dpslawgroup.com | 7/11/2025 11:09:51 AM | SENT |
| Angus McSwain | 13861100 | mcswain@thetexasfirm.com | 7/11/2025 11:09:51 AM | SENT |
| James Dunnam | 6258010 | jimdunnam@dunnamlaw.com | 7/11/2025 11:09:51 AM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 7/11/2025 11:09:51 AM | SENT |
| Mark Firmin | 24099614 | firmin@thetexasfirm.com | 7/11/2025 11:09:51 AM | SENT |
| Jenn Haring | | jharing@cjsjlaw.com | 7/11/2025 11:09:51 AM | SENT |
| Scott James | | sjames@cjsjlaw.com | 7/11/2025 11:09:51 AM | SENT |
| Michala Quillen | | kquillen@cjsjlaw.com | 7/11/2025 11:09:51 AM | SENT |
| Ryan Johnson | | rjohnson@cjsjlaw.com | 7/11/2025 11:09:51 AM | SENT |
| Sarah Rowell | | rowell@thetexasfirm.com | 7/11/2025 11:09:51 AM | SENT |
| Ashley Snyder | | snyder@thetexasfirm.com | 7/11/2025 11:09:51 AM | SENT |
| Mason Dunnam | | masondunnam@dunnamlaw.com | 7/11/2025 11:09:51 AM | SENT |
| Andrea Mehta | | andreamehta@dunnamlaw.com | 7/11/2025 11:09:51 AM | SENT |
| Rick Thompson | | rthompson@dpslawgroup.com | 7/11/2025 11:09:51 AM | SENT |
| Kelly Blackburn | | efile@dpslawgroup.com | 7/11/2025 11:09:51 AM | SENT |
| Kiley Coats | | coats@thetexasfirm.com | 7/11/2025 11:09:51 AM | SENT |